Leon J. Arnold, Appellant, *v.* Alexander H. Burgess, as President of Allied Building Metal Industries, Respondent.

(Argued October 11, 1935; decided November 19, 1935.)

*Herman A. Gray* and *Samuel R. Wachtell* for appellant.
*Karl Propper* and *Samuel L. Paul* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, CROUCH and LOUGHRAN, JJ. Not sitting: HUBBS and FINCH. JJ.